# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: RICHARD LEE OLDS, ON HIS   :   No. 127 WM 2016
OWN BEHALF AND ON BEHALF OF ALL   :
OTHER SIMILARLY SITUATED   :
INDIVIDUALS APPEALING FROM OR   :
AWAITING RESENTENCING PURSUANT   :
TO MILLER V. ALABAMA AND   :
MONTGOMERY V. LOUISIANA   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of March, 2017, the Motion for Leave to File a Reply is **GRANTED**, and the Application for Exercise of Extraordinary Jurisdiction or King's Bench Power  the Motion for Leave to File a Reply is **DENIED**.